```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

RATANYA SMITH                    §
                                 §
VS.                              §    ACTION NO. 4:14-CV-189-Y
                                 §
SYNERPRISE CONSULTING            §
SERVICES, INC.                   §

## FINAL JUDGMENT

In accordance with the stipulation of dismissal filed on September 17, 2014 and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED September 19, 2014.

*Terry R. Means*
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr